**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANICIA HICKS,

      Plaintiff,

v.                                             CASE NO. 8:19-cv-1321

JOSEPH W. LANESE, M.D., P.A.,
a Florida Profit Corporation;

      Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Joseph W. Lanese, M.D., P.A. ("Defendant") files this notice to remove the above-styled action filed by Plaintiff Danicia Hicks ("Plaintiff") to the United States District Court for the Middle District of Florida on the following grounds:

**BACKGROUND**

1. On April 23, 2019 Plaintiff filed a Complaint & Demand for Jury Trial against Defendant in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida (the "Complaint"). The action, styled *Danicia Hicks v. Joseph W. Lanese, M.D., P.A.*, was assigned Case No. 19-CA-004249.

2. In the Complaint, Plaintiff alleges that Defendant violated the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

3. Defendant was served with a copy of the Complaint on May 2, 2019.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, as it is being filed within 30 days of the date on which Defendant received notice of the action.

## JURISDICTION

5. Because the Complaint alleges a federal claim under the FLSA, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331. Accordingly, removal of this action is appropriate pursuant to 28 U.S.C. § 1441(a).

## VENUE

6. Venue is proper in the United States District Court for the Middle District of Florida, Tampa Division, under 28 U.S.C. §§ 1441(a) and 1446(a) because this action is currently pending in Hillsborough County, which is located within the Middle District of Florida.

## PREREQUISITES TO REMOVAL

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02, true and correct copies of all processes, pleadings, orders, and other papers or exhibits of every kind on file in the state court, are attached hereto as **Exhibit 1**.

8. Concurrent with the filing of this Notice of Removal, Defendant will notify Plaintiff's counsel in writing that this case is the subject of a Notice of Removal, and will file a written notice of removal and a copy of this Notice of Removal with the Clerk of the Circuit Court for Hillsborough County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Joseph W. Lanese, M.D., P.A., respectfully requests that the above-captioned action, which is currently pending in Hillsborough County Circuit Court, Case No. 19-CA-004249, be removed to the United States District Court for the Middle District of Florida.

Date:  May 31, 2019

                                            Respectfully submitted,

                                            *s/ Dennis M. McClelland*
                                            Dennis M. McClelland
                                              dennis.mcclelland@phelps.com
                                              Florida Bar No. 009175
                                            Julie A. Girard
                                              julie.girard@phelps.com
                                              Florida Bar No.: 124372
                                              Phelps Dunbar LLP
                                              100 South Ashley Drive, Suite 2000
                                              Tampa, Florida 33602-5311
                                              813-472-7550
                                              813-472-7570 (FAX)

                                              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Noah E. Storch, Esq.
Alexandra Scala, Esq.
noah@floridaovertimelawyer.com
alexandra@floridaovertimelawyer.com
Richard Celler Legal, P.A.
10368 W. State Road 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243

Attorneys for Plaintiff

                                        *s/ Dennis M. McClelland*
                                        Attorney